# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| LIONEL E. FORD, | § | |
| *Plaintiff*, | § § § | |
| v. | § | CIVIL ACTION H-15-3615 |
| MGM NORTHSTAR, LLC, | § § § | |
| *Defendant*. | § § | |

## ORDER

Pending before the court is the Magistrate Judge's Memorandum and Recommendation ("M&R"), recommending that defendant's motion to dismiss (Dkt. 13) be GRANTED. Dkt. 18. The M&R advises that any parties wishing to object to the M&R must do so by April 14, 2017. *Id.* at 8. The court has received no objections. The court, having reviewed the M&R, relevant documents in the record, and the applicable law, and having received no objections, ADOPTS the M&R in its entirety. For the reasons stated in the M&R, defendant's motion to dismiss (Dkt. 13) is GRANTED.

It is so ORDERED.

Signed at Houston, Texas on April 19, 2017.

_____
Gray H. Miller
United States District Judge