United States District Court
Southern District of Texas
**ENTERED**
April 19, 2017
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| LIONEL E. FORD, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | CIVIL ACTION H-15-3615 |
| | § | |
| MGM NORTHSTAR, LLC, | § | |
| | § | |
| *Defendant*. | § | |

**FINAL JUDGMENT**

Pursuant to the court's order signed this day, the Magistrate Judge's Memorandum & Recommendation (Dkt. 18) is ADOPTED IN FULL. Defendant's motion to dismiss (Dkt. 13) is GRANTED.

This is a FINAL JUDGMENT.

Signed at Houston, Texas on April 19, 2017.

_____
Gray H. Miller
United States District Judge